# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HUNT, on behalf of herself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>VEP HEALTHCARE, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:16-CV-04790-VC<br><br>~~SECOND REVISED [PROPOSED]~~ ORDER GRANTING PLAINTIFF EMILY HUNT'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT; ~~AWARD OF ATTORNEYS' FEES, COSTS,~~ CLASS/COLLECTIVE REPRESENTATIVE ENHANCEMENT/GENERAL RELEASE PAYMENT, CLAIMS ADMINISTRATION EXPENSES; AND ENTERING JUDGMENT AS MODIFIED<br><br>Date: March 15, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Dept.: 4<br><br>Action Filed: April 6, 2015<br>Trial Date: None Set |

~~SECOND REVISED [PROPOSED]~~ ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Case No 3:16-CV-04790-VC

– 1 –

1. This matter came on for hearing on March 15, 2018 at 10:00 a.m., in Courtroom 4 of the above-captioned Court on Plaintiff's Motion for Final Approval of Class/Collective Action Settlement; Award of Attorneys' Fees, Costs, Class/Collective Service Award Payment, Claims Administration Expenses; and Entering Judgment (Dkt. No. 59).

Having received and considered Plaintiff's motion and supplemental briefs, the Joint Stipulation and Settlement Agreement (hereinafter referred to as the "Settlement Agreement"), the supporting papers filed by the Parties, and the evidence and argument received by the Court in conjunction with the Motion for Final Approval of Class and Collective Action Settlement, the Court grants final approval of the Settlement and HEREBY ORDERS AND MAKES THE FOLLOWING DETERMINATIONS:

1. Pursuant to the Court's Order as Modified Granting Renewed Motion for Preliminary Approval of Class and Collective Action Settlement (Dkt. No. 55) (hereinafter referred to as the "Order Granting Preliminary Approval"), a Notice of Collective and Class Action Settlement (hereinafter referred to the "Notice") was mailed to all members of the California Class and FLSA Collective by first-class U.S. Mail on January 3, 2018. A Notice was also emailed to all members of the California Class and FLSA Collective between January 4, 2018, and January 8, 2018. The Court finds that distribution of the Notice in the manner set forth in the Court's Order Granting Preliminary Approval and the Settlement Agreement constituted the best notice practicable under the circumstances, and constituted valid, due and sufficient notice to all members of the California Class and FLSA Collective. The Court finds that such notice complies fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable laws. The Notice set forth herein and in the Settlement Agreement provides a means of notice reasonably calculated to apprise the California Class and FLSA Collective Members of the pendency of the action and the proposed settlement, and thereby meets the requirements of Rule 23(c)(2) of the Federal Rules of Civil Procedure, as well as due process under the United States Constitution and any other applicable law, and shall constitute due and sufficient notice to all California Class and FLSA

Collective Members entitled thereto. The Notice informed the California Class and FLSA Collective of: (1) the terms of the Settlement; (2) their right to submit objections, if any, and to appear in person or by counsel at the final approval hearing and to be heard regarding approval of the Settlement; (3) California Class Members' right to request exclusion from the Class and the Settlement; (4) FLSA Collective Members' right to opt-in to the Collective and the Settlement; and (5) the date set for the final approval hearing. Adequate periods of time were provided by each of these procedures. No member of the California Class or FLSA Collective filed a written objection to the proposed Settlement as part of this notice process or stated an intention to appear at the final approval hearing.

2. One (1) member of the California Class has requested to be excluded from the Class and the Settlement. This individual is excluded from the Settlement and is not bound by this Judgment or the terms of the Settlement Agreement. The name of this individual is attached hereto as Exhibit A. Plaintiff and all California Class Members other than the individual who requested to be excluded from the settlement are adjudged to be Participating California Class Members and are bound by this Final Judgment and by the Settlement Agreement, including the releases provided for in the Settlement Agreement.

3. Two hundred and ten (210) FLSA Collective Members submitted FLSA Claim Forms and thereby opted-in to Collective and the Settlement. All FLSA Collective Members who did not submit FLSA Claim Forms are excluded from the settlement and are not bound by this Judgment or the terms of the Settlement Agreement. These individuals are excluded from the Settlement and are not bound by this Judgment or the terms of the Settlement Agreement. The names of the individuals who submitted FLSA Claim Forms are attached hereto as Exhibit B. Plaintiff and all FLSA Collective Members who submitted FLSA Claim Forms are adjudged to be Participating FLSA Collective Members and are bound by this Final Judgment and by the Settlement Agreement, including the releases provided for in the Settlement Agreement.

4. The Court finds and determines that this notice procedure afforded adequate protections to California Class and FLSA Collective Members and provides the basis for the Court to make an

informed decision regarding approval of the Settlement based on the responses of California Class and FLSA Collective Members. The Court finds and determines that the Notice was the best notice practicable, which satisfied the requirements of law and due process.

5. Solely for the purpose of settlement, in accordance with the Settlement Agreement, the Court finds that the requirements of Rule 23 of the Federal Rules of Civil Procedure and other laws and rules applicable to settlement approval of class actions have been satisfied, and the Court hereby certifies a California Class of all individuals employed by VEP Healthcare, Inc. as Physician's Assistants in the state of California who were eligible to receive productivity pay from April 6, 2011 to May 15, 2017.

6. Solely for the purpose of settlement in accordance with the Settlement Agreement, the Court finds that the requirements of 29 U.S.C. § 216(b) have been satisfied and other laws and rules applicable to settlement approval of collective actions have been satisfied, and the Court hereby certifies an FLSA Collective of all individuals employed by VEP Healthcare, Inc. as Physician's Assistants in the state of California who were eligible to receive productivity pay from April 6, 2011 to May 15, 2017.

7. Pursuant to the Settlement Agreement, and for settlement purposes only, the Court further finds as to the California Class that:

    a. The Class is so numerous that joinder of all members is impracticable;

    b. There are questions of law or fact common to the Class which predominate over the questions affecting only individual members;

    c. The claims of the Class Representative, Emily Hunt, are typical of the claims of the Class that the Class Representative seeks to certify;

    d. The Class Representative, Emily Hunt, will fairly and adequately protect the interests of the Class and is, therefore, appointed as the representative of the Class;

e. Class Counsel, The Turley & Mara Law Firm, APLC, will fairly and adequately protect the interests of the Class and are qualified to represent the Class and are, therefore, appointed as attorneys for the Class for purposes of settlement; and

f. Certification of the Class is superior to other available methods for fair and efficient adjudication of the controversy.

8. Pursuant to the Settlement Agreement, and for settlement purposes only, the Court further finds as to the FLSA Collective that:

a. The Collective Representative, Emily Hunt, is similarly situated to the Collective Members;

b. A bona fide dispute exists between the Parties over violations of the FLSA provisions; and

c. Collective Counsel, The Turley & Mara Law Firm, APLC, will fairly and adequately protect the interests of the Collective and are qualified to represent the Collective and are, therefore, appointed as attorneys for the Collective for purposes of settlement.

9. The Court finds that the Settlement is fair when compared to the strength of Plaintiff's case, Defendant's defenses and financial condition, the risks involved in further litigation and maintaining class and/or collective status throughout the litigation, and the amount offered in settlement.

10. The Court finds that the Parties conducted extensive investigation and research, and that their attorneys were able to reasonably evaluate their respective positions.

11. The Court finds that Class/Collective Counsel has extensive experience acting as counsel in complex class/collective action cases and their view on the reasonableness of the settlement was therefore given its due weight.

12. The Court further finds that the California Class' and FLSA Collective's reaction to the settlement – with no objections – weighs in favor of granting Final Approval of the Settlement.

The Court further finds that the California Class' reaction to the settlement – with one (1) request for exclusion – weighs in favor of granting Final Approval of the Settlement. Further, the FLSA Collective's reaction – with two hundred and ten (210) FLSA Claim Forms submitted – weighs in favor of granting Final Approval of the Settlement.

13. The Settlement Agreement is not an admission by Defendant, nor is this Order a finding of the validity of any allegations or of any wrongdoing by Defendant. Neither this Order, the Settlement, nor any document referred to herein, nor any action taken to carry out the Settlement, shall be construed or deemed an admission of liability, culpability, negligence, or wrongdoing on the part of Defendant.

14. The Court finds and determines that the Individual Settlement Payments to be paid to each Participating California Class Member and each Participating FLSA Collective Member as provided for by the Settlement are fair and reasonable. The Court hereby gives final approval to and orders the payment of those amounts be made to the Participating California Class and FLSA Collective Members in accordance with the terms of the Settlement Agreement.

15. ~~Class/Collective Counsel have conferred a benefit on the California Class and FLSA Collective Members and having expended efforts to secure a benefit to the Class and Collective is entitled to a fee and, accordingly, the Court approves the application of Class/Collective Counsel for $500,000 for their attorneys' fees and $40,000 for their litigation costs and expenses. The Court does not find that the attorney fee award of $500,000 and costs of $40,000 is a disproportionate distribution of the Settlement under *In Re Bluetooth Product Liability Case ("Bluetooth")* 654 F.3d 935 (9th Cir. 2011). The Court also finds the attorney fee award here is not unreasonable under *Bluetooth*, because the Parties did not arrange for fees to revert to Defendant in the event the Court awarded less than requested.~~ The Court will issue a separate order governing attorneys' fees and class/collective counsel's remaining duties following final approval.

16. The Class/Collective Representative Enhancement/General Release Payment to Plaintiff, Emily Hunt, in the amount of $10,000 is approved and ordered paid in accordance with the terms of the Settlement Agreement.

17. The Settlement Administration costs in the amount of $34,000 are approved and ordered paid to CPT Group, Inc. in accordance with the terms of the Settlement Agreement.

18. Defendant shall have no further liability for costs, expenses, interest, attorneys' fees, or for any other charge, expense, or liability, except as provided for in the Settlement Agreement.

19. Without affecting the finality of this Order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

20. Nothing in this Order shall preclude any action to enforce the Parties' obligations pursuant to the Settlement Agreement or pursuant to this Order, including the requirement that Defendant makes payments to Participating California Class and FLSA Collective Members in accordance with the Settlement.

21. The Court hereby enters final judgment in this case in accordance with the terms of the Settlement Agreement, Order Granting Preliminary Approval, and this Order.

22. This Order shall constitute a final judgment.

23. The Parties shall bear their own costs and attorneys' fees except as otherwise provided by the Settlement Agreement and this Order.

**IT IS SO ORDERED.**

Date: April 3, 2018

_____
Honorable Vince Chhabria
United States District Court Judge

# Exhibit A

| ID | ClaimNo | EmployeeName | OptOut |
|---|---|---|---|
| 114 | 163 | DAY, REBECCA | TRUE |

**Exhibit B**

| ClaimNo | ID | EmployeeName |
|---|---|---|
| 1 | 178 | DAVE, DEVAL |
| 2 | 182 | KIM, DAVID |
| 3 | 189 | KING, KEVIN |
| 4 | 188 | GOMORY, STELLA |
| 5 | 36 | BROWN, STANTON |
| 6 | 105 | LIEBERG, JON S |
| 7 | 76 | ZARTMAN, JASON |
| 9 | 100 | ENGELBERG, STEVEN |
| 10 | 123 | RUCKELSHAUS, JENNIFER L |
| 11 | 135 | SUN, HUNG-WEN |
| 12 | 257 | Pena, Carlos |
| 13 | 264 | Mock, Tiffany |
| 14 | 144 | PURSELL, BONNIE |
| 15 | 26 | DAVIS, PAULA E |
| 16 | 153 | DURAN, GRETCHEN |
| 17 | 42 | FRENCH, LUCAS |
| 18 | 148 | BELABIN, JEFFREY |
| 19 | 133 | KING, KATIE |
| 20 | 231 | CRAIG, CHARLES |
| 21 | 234 | PRIES, PATRICIA |
| 22 | 211 | FIKES, JASON |
| 23 | 77 | DUNCAN, ELRI |
| 24 | 59 | GREENING, JENNIFER |
| 25 | 84 | FENSKE, GINA |
| 26 | 277 | Morris, Lindsey |
| 27 | 179 | FIZZARD, QUILA |
| 28 | 175 | VENNIK, ANTHONY |
| 29 | 125 | WONG, MICHELLE ANN |
| 30 | 80 | CAMPBELL, TERESA |
| 31 | 184 | WESTBROOK-MAY, NANCY |
| 33 | 70 | SICAT, MICHAEL |
| 34 | 46 | MUZZIN, MONICA |
| 35 | 242 | CARMANY, EMILY |
| 36 | 17 | SHIBATA, JEANETTE WONG |
| 37 | 127 | CHANCELLOR, MELISSA |
| 38 | 88 | HOUSER, MELANIE |
| 39 | 213 | HENGER, LUCAS |
| 41 | 147 | AMORDE, CONNIE |
| 42 | 161 | REED, DANAE |
| 43 | 192 | MA, PEIJING |
| 44 | 155 | GRUBERT, AMY |
| 45 | 16 | SAHATRUNGSINEE, PENSIRI |
| 46 | 137 | HADFIELD, GREG |
| 47 | 274 | Lai, Nina |
| 48 | 205 | WORLEY, CHARLES |
| 49 | 198 | SCHERR, NATALIE |

| | | |
|---|---|---|
| 50 | 43 | HOUDE, MARCELLINE |
| 51 | 66 | FRASHER, SUSANA |
| 52 | 71 | VERA, JOSHUA ALLAN |
| 53 | 29 | ELLIOTT DEMARS, HEATHER M |
| 54 | 162 | RENE, PATERSON |
| 55 | 139 | KIRK, RICHARD |
| 56 | 5 | GALICIA, CHRISTIAN |
| 57 | 267 | Monsen, Melvin |
| 58 | 37 | CODY, MARTHA |
| 59 | 250 | Meyer, Lindsey |
| 61 | 108 | MIRKIN, ABIGAIL |
| 62 | 138 | KANE, MARK |
| 63 | 244 | MENCEL, MARK |
| 64 | 151 | CRAWFORD, THOMAS |
| 65 | 49 | ROJAS, DAVID |
| 66 | 56 | DEVELLE, ROBERT |
| 67 | 201 | TAPIA, CARLA |
| 68 | 32 | PATLOVE, SILAS |
| 69 | 8 | GORSUCH, KIMBERLY |
| 70 | 200 | SUZUKI, STACY |
| 71 | 95 | VENTURA, IVAN L |
| 72 | 89 | JANG, CECILIA |
| 73 | 60 | GREGORY, ASHLEY |
| 74 | 47 | PIMENTEL, JERRY W |
| 75 | 130 | GEE, TODD |
| 76 | 120 | WINTER III, WILLIAM |
| 77 | 260 | Carter, Anthony |
| 78 | 27 | DAVISIO, PHILIP M |
| 79 | 186 | DRUM-LAL, PATRICIA |
| 80 | 61 | MCDONALD, JULIE |
| 81 | 12 | MACALALAD, JOSEPH |
| 82 | 219 | STEPHENS, DANIELLE |
| 83 | 152 | DEMANN, AKOSUA |
| 84 | 227 | PATTON, COLLEEN |
| 85 | 64 | BENDER, JOSEPH |
| 86 | 169 | GRANT, JED DONALD |
| 87 | 251 | Sousa, Kyndra |
| 88 | 158 | MACQUEEN, MARJORIE |
| 89 | 209 | DENT, MISHA SHAWN |
| 90 | 99 | ABT, FRANK |
| 91 | 206 | BARTHOLOMEW, VANESSA |
| 92 | 141 | STRATTON, SARA |
| 93 | 256 | Combs, Autumn |
| 94 | 7 | GILBERT, BENJAMIN T |
| 95 | 193 | OH HO SEUNG, TRAVIS |
| 96 | 93 | RENTERIA, DIANE |
| 97 | 204 | WOO, STEPHEN |

| | | |
|---|---|---|
| 98 | 106 | MCBIRNEY, RYAN |
| 99 | 239 | FLEMING, CHRISTOPHER |
| 100 | 82 | ECHEVARRIA, KATHERINE |
| 101 | 222 | JUSTUS, MATTHEW |
| 102 | 183 | SIMM, KENDELL |
| 103 | 69 | MA, STANLEY |
| 104 | 40 | DOSANJH, KULJINDER |
| 105 | 113 | SMITH, SHANNON |
| 106 | 74 | MCCAFFREY, KEVIN |
| 107 | 156 | HUNTER, LAMONT |
| 108 | 259 | Hanna, Peter |
| 109 | 15 | RAY, JOHN |
| 110 | 253 | Thompson, Katherine |
| 112 | 212 | HALE, KRISTA |
| 113 | 172 | SHERARD, KERRI L |
| 114 | 78 | SAKAGUCHI, GAYLE |
| 115 | 195 | RAMOS, MARK |
| 116 | 226 | NORRIS, CASEY |
| 117 | 224 | MCGHEE, CHRISTY |
| 118 | 51 | WILLIAMSON, JAMES |
| 119 | 63 | SONG, GRACE |
| 120 | 230 | WISE, KELSEY |
| 121 | 4 | ELIZONDO, ARACELI |
| 122 | 165 | SPURLOCK, JULIA K |
| 123 | 284 | Blatt, Marisa |
| 124 | 199 | SHEPS, MARYANN |
| 125 | 35 | BILAUCA, FLORIN |
| 126 | 33 | TILTON, CHRISTOPHER |
| 127 | 243 | KRISEL, JESSICA |
| 128 | 255 | Harris, Elizabeth |
| 129 | 57 | GEVORKIAN, DAVID |
| 130 | 81 | DOWELL, THOMAS |
| 131 | 167 | DENNIS, MICHAEL |
| 132 | 41 | FERRADA-MASIA, CLAUDIA A |
| 133 | 180 | GOTTUS, MICHAEL |
| 134 | 150 | CLARK MESKIMEN, HOLLY H M |
| 135 | 122 | MARX, SYLVIA |
| 136 | 126 | CALVERT, EMMA E |
| 137 | 20 | VILLAPUDUA, DINA |
| 138 | 273 | George, Jason |
| 139 | 31 | PARKIN, SEAN |
| 140 | 136 | THOMPSON, BRIAN |
| 141 | 280 | Le, Lam |
| 143 | 104 | KENT, WILLIAM |
| 144 | 145 | STOESZ, KATHERINE |
| 145 | 265 | Rofael, Mario |
| 146 | 117 | HUNT, EMILY |

| | | |
|---:|---:|---|
| 147 | 102 | HAUSER, KAREN |
| 148 | 91 | MATA-VARGAS, JORGE |
| 149 | 90 | MANGROLA, UMANGSINH |
| 150 | 112 | SCHREINER DUNCAN, TRICIA |
| 151 | 98 | HERING, FREDERICK |
| 152 | 170 | GRECHKO, ALEXANDRIA |
| 153 | 163 | RODOLFF, KELLEY |
| 154 | 11 | JORDAN, NATANE |
| 155 | 187 | EVANGELISTA, CINDY |
| 156 | 281 | Hovelson, Elise |
| 157 | 266 | Harris, Daniel |
| 158 | 276 | Schraeder, Auden |
| 159 | 62 | PATZ, HEATHER |
| 160 | 131 | HANKS, KIM |
| 161 | 236 | TRAN, NHANIEN |
| 162 | 500 | Karle, Francesca |
| 164 | 285 | Wersan, Rebecca |
| 165 | 263 | Bender, Amber |
| 166 | 246 | WHITE, AMBER |
| 167 | 157 | LACKORE, JEFFREY |
| 168 | 245 | SOJA, KAILA |
| 169 | 228 | SHELTON, JAIMIE |
| 170 | 39 | CONTRERAS TORRES, PEDRO |
| 171 | 202 | VELASQUEZ-HICKERSON, ANA |
| 172 | 249 | Jackson, Dina |
| 173 | 129 | DENGLER, JENNIFER |
| 174 | 268 | Araujo, John |
| 175 | 191 | LEE, PORSCHE |
| 176 | 196 | RAMOS, RICHARD |
| 177 | 203 | WAITE, JOHN |
| 179 | 13 | MURRAY, ELIZABETH ANN |
| 180 | 164 | SIMS, CODY |
| 181 | 217 | RUGGLES, LINDSEY |
| 182 | 181 | IM, BRIAN |
| 183 | 55 | DANG, TRACY |
| 184 | 115 | FRAZER, JASON |
| 185 | 279 | Stempel, Alexander |
| 186 | 119 | REBIERO, KRISTINE A |
| 187 | 134 | MALLATT, MICHAEL |
| 188 | 238 | VOLEK, DENNIS |
| 189 | 501 | Hauser, Estela |
| 191 | 252 | Kosova, Jennifer |
| 192 | 154 | FRAZER, JEFFREY |
| 193 | 258 | Pace, Timothy |
| 194 | 67 | GOMEZ, MABEL ANTONIO |
| 196 | 3 | DEVIVO, RYAN |
| 197 | 73 | DERUM, JAMES |

| | | |
|---:|---:|---|
| 198 | 171 | MCCASKILL, KEHLI |
| 199 | 28 | EASTER, THOMAS |
| 200 | 278 | Pachner, Aaron |
| 201 | 160 | OCONNELL, DENNIS E |
| 202 | 190 | LE, TIFFANY |
| 203 | 9 | GREENBERG, DAVID H |
| 204 | 210 | DYER, HOLLY |
| 206 | 197 | RODRIGUEZ, JAVIER |
| 207 | 14 | PETALVER, OLIVER CARINO |
| 208 | 254 | Park, Yulie |
| 210 | 109 | MORIN, KELLY ALEXANDRA |
| 211 | 50 | STEWART, DAVID |
| 212 | 132 | HEITTER, DAVID O |
| 213 | 75 | PECOY, ELIZABETH |
| 214 | 48 | ROHDE-MOE, GUNNAR |
| 215 | 68 | JUNG, JULIE MARIE |
| 216 | 79 | BURKETT, CHRIS |
| 217 | 269 | Der, Jessica |
| 218 | 166 | BORGHEI, KARIMEH |
| 220 | 124 | WATKINS, GAIL |
| 221 | 142 | CARPENTER, ROBYN |
| 222 | 247 | ZEVETCHIN, STACY |
| 223 | 30 | IBRAHIMI, ISAAC A |